UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Court File No.: 01-CV-1439 JRT/FLN

Mary Louise D'Allesantro,

Plaintiff,

vs.

Wal-Mart Stores, Inc.
d/b/a Sam's Club,

Defendant.

**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between the parties hereto through their respective counsel that the above entitled action, having been fully and finally compromised and settled, the same may be and hereby is dismissed with prejudice, on the merits, without costs or fees to any party.

IT IS FURTHER STIPULATED AND AGREED that the Court may enter judgment of dismissal upon this Stipulation.

Dated this 13th day of November, 2001.

NOV 23 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

1345652v2

Dated: 11/13/01

**WARNER LAW OFFICE, P.A.**

By: [signature]
Daniel E. Warner, (#15295X)
3445 Washington Drive
Suite 204
Eagan, MN 55122-1340
(651) 452-8224

**ATTORNEY FOR PLAINTIFF**

Dated: 11/9/2001

**BRIGGS AND MORGAN, P.A.**

By: [signature]
Jason M. Hedican (#271548)
2400 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 334-8400

**ATTORNEY FOR DEFENDANT**

**ORDER FOR DISMISSAL**

IT IS HEREBY ORDERED, based on the foregoing Stipulation of the parties, the above-entitled matter is hereby dismissed with prejudice, on the merits, without costs or fees.

Dated this 23rd day of November, 2001.

BY THE COURT:

[signature]
The Honorable John R. Tunheim
United States District Court Judge